NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**SANDERS LAW GROUP**
Jacqueline Mandel, Esq.
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
(516) 203-7600

ATTORNEY(S) FOR  Integral Images, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integral Images, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Homelife Media, LLC, <br><br> Defendant(s) | CASE NUMBER: 127244 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Integral Images, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION/INTEREST |
|---|---|
| Integral Images, Inc. | Plaintiff |
| SANDERS LAW GROUP | Counsel for Plaintiff |
| Jacqueline Mandel | Counsel for Plaintiff |
| Craig B. Sanders | Counsel for Plaintiff |
| Homelife Media, LLC | Defendant |

August 24, 2023
Date

/s/ Jacqueline Mandel
Signature

Attorney of record for (or name of party appearing in pro per):

Integral Images, Inc.

CV-30 (05/13)                                        NOTICE OF INTERESTED PARTIES