**SANDERS LAW GROUP**
Craig B. Sanders (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 127244

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integral Images, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Homelife Media, LLC, <br><br> Defendant, | Case No: 8:23-cv-01595-CJC-BFM <br><br> **RETURNED SUMMONS** |

DATED: September 13, 2023

                                          **SANDERS LAW GROUP**

                                          By: ___*/s/ Jacqueline Mandel*___
Craig B. Sanders (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 127244

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Jacqueline Mandel SBN 317119<br>jmandel@sanderslaw.group<br>Sanders Law Group<br>333 Earle Ovington Blvd Ste 402<br>Uniondale, NY 11553<br>ATTORNEY FOR   Plaintiff | (516) 203-7600 | |
| SANTA ANA, CALIFORNIA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Integral Images, Inc. v. Homelife Media, LLC | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>8:23-cv-01595-CJC-BFMx |
| **Declaration of Service** | | Ref. No. or File No:<br>Homelife Media, LLC |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and

not a party to the within entitled action. I served the: **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

On: **HomeLife Brands, LLC c/o Justin Palmer**

**4130 E La Palma Ave  Anaheim, CA 92807**

In the above named action by delivering to and leaving with:

**Jose Chavarria**  Whose title is: **Supervisor**

On: **9/7/2023**         Date: **01:38 PM**

Fees paid: **$0.00**

Person attempting service:

   a. Name: **BRYAN CANAS** - Registration: 1996 - County:
      **Riverside**
   b. Address: **31 N 2nd St 200, San Jose, CA 95113**
   c. Telephone number: **408-291-5000**
   d. **The fee** for this service was:
   e. I am an employee

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**BRYAN CANAS**        Date: 09/11/2023

Declaration of Service                                    Invoice #: 8136999